1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  LEO M. MONTENEGRO
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8  Attorneys for Defendant

9

                    IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  SHANNON C. COOPER,
                                        CASE NO. 2:04-CV-00844-PAN (JFM)
13         Plaintiff,
                                        STIPULATION AND ORDER
14    v.                                SETTLING ATTORNEY'S FEES
                                        PURSUANT TO THE EQUAL
15  JO ANNE B. BARNHART,                ACCESS TO JUSTICE ACT (EAJA)
    Commissioner of Social Security,
16
17         Defendant.

18

19         It is stipulated by the parties through their undersigned counsel, with the Court's approval, that

20  counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the

21  amount of THREE THOUSAND THIRTY AND 00/100 DOLLARS ($3,030.00), for compensation

22  for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting

23  a compromise settlement for all fees under the EAJA in this action, but not constituting any

24  admission of Defendant's liability under the EAJA in this action.

25         Payment of the amount specified above shall constitute a complete release from and bar to any

26  and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without

27  prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

28
    COOPER v. Barnhart
    EAJA Stip & Order
    2:04-cv-00844-PAN (JFM)              1

1

2  DATE: December 6, 2006          /s/ David M. Shore (as authorized on December 5, 2006)

3                                   DAVID M. SHORE
                                    Attorney at Law

4                                   Attorney for Plaintiff

5

6  DATE: December 6, 2006          McGREGOR W. SCOTT

7                                   United States Attorney
                                    BOBBIE J. MONTOYA

8                                   Assistant U.S. Attorney

9                                By:     /s/ Bobbie J. Montoya for

10                                  LEO M. MONTENEGRO
                                    Special Assistant U.S. Attorney

11                                  Attorneys for Defendant

12

13  OF COUNSEL:
    LUCILLE GONZALES MEIS

14  CHIEF COUNSEL, REGION IX
    UNITED STATES SOCIAL SECURITY ADMINISTRATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    COOPER v. Barnhart
    EAJA Stip & Order
    2:04-cv-00844-PAN (JFM)          **2**

1

<u>ORDER</u>

2

      Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice

3

Act in the amount of $3,030.00, pursuant to the stipulation of the parties.

4

      APPROVED AND SO ORDERED.

5

DATED:  December 19, 2006.

6

7

8

UNITED STATES MAGISTRATE JUDGE

9

10

13

Cooper.0844.stipord.eajafees.ss.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOPER v. Barnhart
EAJA Stip & Order
2:04-cv-00844-PAN (JFM)                                    **3**